SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| QIUPING WANG, <br>             Plaintiff, <br>     v. <br> MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; <br> EMILIO T. GONZALEZ, Director of U.S. Citizenship and Immigration Services; <br> DAVID N. STILL, San Francisco District Director of U.S. Citizenship and Immigration Services; <br> ROBERT S. MUELLER, III, Director of Federal Bureau of Investigation, <br>             Defendants. | No. C 07-5250 PVT <br><br> **PARTIES' CONSENT TO MAGISTRATE JUDGE JURISDICTION** |

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Plaintiff and the Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

///

///

| | |
|---|---|
| Date: December 13, 2007 | Respectfully submitted, |
| | SCOTT N. SCHOOLS<br>United States Attorney |
| | |
| | _____/s/_____<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Defendants |
| | |
| Date: December 13, 2007 | _____/s/_____<br>STANLEY CHAO<br>Attorney for Plaintiff |

Consent to Magistrate Jurisdiction
C07-5250 PVT                                    2