1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7

8  Attorneys for Defendants

9                           UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11                                SAN JOSE DIVISION

12 QIUPING WANG,                        )
                                        )  No. C 07-5250 PVT
13                 Plaintiff,           )
                                        )
14         v.                           )
                                        )  **STIPULATION TO DISMISS**
15 MICHAEL CHERTOFF, Secretary of the   )  **and [PROPOSED] ORDER**
   Department of Homeland Security;    )
16 EMILIO T. GONZALEZ, Director of      )
   U.S. Citizenship and Immigration Services; )
17 DAVID N. STILL, San Francisco District )
   Director of U.S. Citizenship and Immigration )
18 Services;                            )
   ROBERT S. MUELLER, III, Director of  )
19 Federal Bureau of Investigation,     )
                                        )
20                 Defendants.          )
                                        )
21

22     Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

24 action without prejudice in light of the fact that the United States Citizenship and Immigration

25 Services is now prepared to adjudicate plaintiff's application for naturalization and agree to

26 adjudicate such application within 30 days of the dismissal of this action.

27     Each of the parties shall bear their own costs and fees.

28 ///

| | |
|---|---|
| Date: December 13, 2007 | Respectfully submitted, |
| | SCOTT N. SCHOOLS<br>United States Attorney |
| | /s/<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Date: December 13, 2007 | /s/<br>STANLEY CHAO<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:

PATRICIA V. TRUMBULL
United States Magistrate Judge

Stipulation to Dismiss
C07-5250 PVT                    2