```
 1  SCOTT N. SCHOOLS, SC SBN 9990
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    EDWARD OLSEN, CSBN 214150
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-6915
       FAX: (415) 436-6927
 7

 8  Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| QIUPING WANG, | ) |
| | ) No. C 07-5250 PVT |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **STIPULATION TO DISMISS** |
| MICHAEL CHERTOFF, Secretary of the | ) **and [PROPOSED] ORDER** |
| Department of Homeland Security; | ) |
| EMILIO T. GONZALEZ, Director of | ) |
| U.S. Citizenship and Immigration Services; | ) |
| DAVID N. STILL, San Francisco District | ) |
| Director of U.S. Citizenship and Immigration | ) |
| Services; | ) |
| ROBERT S. MUELLER, III, Director of | ) |
| Federal Bureau of Investigation, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agree to adjudicate such application within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

///

| | | |
|---|---|---|
| 1 | Date: December 13, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: December 13, 2007

/s/
STANLEY CHAO
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 12/18/07

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

Stipulation to Dismiss
C07-5250 PVT                                2